DEFENDANT:          Christopher B. Watts

AGE/YOB:            **72/1951**

COMPLAINT           _____ Yes    ___X____  No
FILED?


HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    ____ Yes    _X__ No


OFFENSE(S):    Counts 1-3: 18 U.S.C. § 1344(a)(2) – Bank Fraud
              Counts 4-9: 18 U.S.C. § 1343 – Wire Fraud

LOCATION OF    Larimer County, Colorado
OFFENSE:

PENALTY:       Counts 1-3: NMT 30 years' imprisonment; NMT $1,000,000 fine, or
              both; NMT 5 years' supervised release; $100 Special Assessment
              Counts 4-9: NMT 20 years' imprisonment; NMT $250,000 fine, or
              both; NMT 3 years' supervised release; $100 Special Assessment


AGENT:        Special Agent Chris Lalonde, FBI

AUTHORIZED    Matt Kirsch
BY:           Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

____X___ five days or less; ___ over five days

THE GOVERNMENT:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

___X____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.