IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00091-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER WATTS,

       Defendant.

---

NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING

---

       The defendant, Christopher Watts, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement; the defendant would also request this court vacate the trial date set for February 10-14, 2025, as well as the trial preparation conference scheduled for February 5, 2025.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/*Kelly Christl*
       KELLY CHRISTL
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO 80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Kelly_Christl@fd.org
       Attorney for Defendant

# CERTIFICATE OF SERVICE

I certify that on December 23, 2024, I electronically filed the foregoing ***NOTICE OF DISPOSITION AND MOTION REQUESTING CHANGE OF PLEA HEARING*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Matthew Kirsch, Assistant U.S. Attorney
Email: matthew.kirsch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christopher Watts    (via Mail)

s/*Kelly Christl*
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Kelly_Christl@fd.org
Attorney for Defendant