IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00091-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER WATTS,

    Defendant.

___

UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING
___

    The defendant, Christopher Watts, through counsel, requests this Court continue the change of plea hearing, currently set for February 5, 2025. The reason for the continuance is that counsel has chemotherapy for cancer treatment on February 4, 2025, and will be unable to come to court the week of February 4. Government counsel is unopposed to this request. Counsel are requesting they be allowed to reschedule the hearing through Chambers so as to avoid scheduling conflicts.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/*Kelly Christl*
    KELLY CHRISTL
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Kelly_Christl@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

  Matthew Kirsch, Assistant U.S. Attorney
  Email: matthew.kirsch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Christopher Watts  (via Mail)

            s/*Kelly Christl*
            KELLY CHRISTL
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Kelly_Christl@fd.org
            Attorney for Defendant